1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLE NGUYEN, individually and on behalf
of all others similarly situated,

    Plaintiff,

    vs.

BANK OF AMERICA, N.A.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:23-cv-04999-PCP

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER**

Judge: Hon. P. Casey Pitts

Pursuant to Fed. R. Civ. P. 16(b) and this Court's Standing Order for Civil Cases No. VI, Plaintiff Elle Nguyen, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") (collectively, the "Parties"), respectfully move this Court to amend the current Case Management Order (Doc. 31). In support of the motion, the Parties state as follows:

1.    On May 24, 2024, the Court entered the Case Management Order currently operative in this case. Doc 33. It provided for, *inter alia*, a deadline of September 13, 2024 for designation of expert witnesses and amendments to the pleadings.

2.    To date, the Parties have expended substantial time and resources working toward a negotiated resolution of this case. To wit, On February 1, 2024, the Parties attended mediation with Hon. Jay C. Gandhi (Ret.) at the JAMS Dispute Resolution Center in New York, NY. In addition to the instant case, the parties also mediated three additional wage and hour cases, *Coluzzi et al. v. Bank of America*, N.A., Case No. 1:23-cv-06885-LGS (S.D.N.Y.); *Bolanos et al. v. Bank of America, N.A.*, Case No. 3:23-cv-04027-JCS (N.D. Cal.); and *March v. Bank of America, N.A.*, Case No. 2:23-cv-02360-EFM-TJJ (D. Kan.).

JOINT MOTION TO AMEND
CASE MANAGEMENT
ORDER
Case No: 5:23-cv-04999-PCP

3.    The Parties subsequently attended a second mediation with Jeffrey Fuchsman June 10, 2024 in Los Angeles, CA.

4.    Throughout this process, the Parties have been engaging in an ongoing, informal exchange of documents and information for purposes of settlement discussions.

5.    Ta facilitate this informal process, Plaintiff has agreed to substatntial extensions of time for Defendant to respond to respond to written discovery requests. Sepcifically, Plaintiff initially served her First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission on April 9, 2024, and by agreed extension, has not yet received responses.

6.    As a result, the Parties agree that September 13, 2024 deadline for designation of experts and amendment of pleadings set out Case Management Order are no longer feasible and should be modified, such that Plaintiff would have the benefit of initial discovery to determine whether there is a need to amend her pleadings, and whether expert testimony may be required.

7.    These two proposaed changes will not impact any of the other deadlines in the Case Management Order.

8.    The Parties therefore request that the Court enter an Amended Case Management Order establishing the deadlines set out in the table below:

| Event | Current Deadline (Doc. 33) | Proposed Deadline |
|---|---|---|
| Completion of Initial ADR Session | June 10, 2024 | June 10, 2024 (no change) |
| Joinder and Other Amendments | September 13, 2024 | December 20, 2024. |
| Designation of Experts | September 13, 2024 | February 21, 2025 |
| Fact Discovery Cutoff | June 2, 2025 | June 2, 2025 (no change) |
| Expert Discovery Cutoff | June 2, 2025 | June 2, 2025 (no change) |
| Briefing Schedule for Class Certification | Motion by January 15, 2025<br>Opposition by February 14, 2025<br>Reply by March 7, 2025<br>Hearing on March 20, 2025 | Motion by January 15, 2025<br>Opposition by February 14, 2024<br>Reply by March 7, 2025 |

JOINT MOTION TO AMEND
CASE MANAGEMENT
ORDER
Case No:  5:23-cv-04999-PCP

| | | Hearing on March 20, 2025 (no change) |
|---|---|---|
| Briefing Schedule for Dispositive Motions | Motion by June 16, /2025* <br><br>Opposition by July 16, 2025 <br><br>Reply by August 6, /2025 <br><br>Hearing on August 21, /2025 <br><br>*The parties reserve the right to move for summary judgment earlier should they choose to do so. | Motion by June 16, /2025* <br><br>Opposition by July 16, 2025 <br><br>Reply by August 6, /2025 <br><br>Hearing on August 21, /2025 <br><br>*The parties reserve the right to move for summary judgment earlier should they choose to do so. (no change) |
| Pretrial Conference | November 18, 2025 | November 18, 2025 (no change) |
| Trial | January 26, 2026 | January 26, 2026 (no change) |

8.      Pursuant to Fed. R. Civ. P. 16(b)(4), good cause exists to grant this Joint Motion as set out herein. Further, this request is made in good faith and not for the purpose of causing undue delay and will not result in prejudice to any party or require the postponement or adjustment of the trial setting.

9.      A separate Stipulation and Proposed Order is attached hereto as <u>Exhibit 1</u>.

WHEREFORE, the Parties respectfully request this Court grant their Joint Motion to Amend Case Management Order as set forth herein.

JOINT MOTION TO AMEND
CASE MANAGEMENT
ORDER
Case No: 5:23-cv-04999-PCP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: September 12, 2024

**HARTLEY LLP**

*/s/ George A. Hanson*
Jason S. Hartley, Bar No. 192514
Jason M. Lindner, Bar No. 211451
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

**STUEVE SIEGEL HANSON LLP**
George A. Hanson (admitted *pro hac vice*)
Alexander T. Ricke (admitted *pro hac vice*)
Caleb J. Wagner (admitted *pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

*Attorneys for Plaintiff*

Respectfully submitted,

**O'MELVENY & MYERS LLP**

*/s/ Adam P. KohSweeney*
Adam P. KohSweeney, Bar No. 3056033
akohsweeney@omm.com
Chelsea E. Espiritu, Bar No. 346296
cespiritu@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

*Attorneys for Defendant*

JOINT MOTION TO AMEND
CASE MANAGEMENT
ORDER
Case No:  5:23-cv-04999-PCP