UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLE NGUYEN, individually and on behalf
of all others similarly situated,

        Plaintiff,

        vs.

BANK OF AMERICA, N.A.,

        Defendant.

Case Number: 5:23-cv-04999-PCP

**STIPULATION AND [PROPOSED]
ORDER FOR EXTENSION OF TIME
AND TO AMEND THE CLASS
CERTIFICATION BREFING SCHEDULE**
MODIFIED

Judge: Hon. P. Casey Pitts

**STIPULATION**

WHEREAS, under the Court's current Class Certification Briefing Schedule, Plaintiff's Reply Brief is due to be filed May 22, 2025;

WHEREAS, due to counsel's travel and other case obligations, along with the number of arguments raised in Defendant's Opposition Brief, the Parties agree that the deadline for Plaintiff to file her Reply Brief in Support of Class Certification is no longer feasible and should be modified, and that a modest one-week extension is necessary and approporiate;

WHEREAS, Plaintiff, unopposed by Defendant, requests this proposed extension of the class certification briefing schedule in good faith and not for the purpose of causing undue delay;

WHEREAS, the proposed amendment will not result in prejudice to any party, nor will it require the postponement or adjustment of the trial setting;

WHEREAS, good cause therefore exists to amend the briefing schedule as requested herein;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel, to the modification of the class certification briefing schedule as follows:

STIPULATION AND
[PROPOSED] ORDER
Case No: 5:23-cv-04999-PCP

Reply by May 29, 2025
Hearing on June 19, 2025

**IT IS SO STIPULATED.**

STIPULATION AND
[~~PROPOSED~~] ORDER
Case No:  5:23-cv-04999-PCP

Dated: May 20, 2025

**HARTLEY LLP**                                    **O'MELVENY & MYERS LLP**

/s/ George A. Hanson
Jason S. Hartley, Bar No. 192514
Jason M. Lindner, Bar No. 211451                  /s/ Adam P. KohSweeney
101 West Broadway, Suite 820                      Adam P. KohSweeney, Bar No.
San Diego, CA 92101                               3056033
Telephone: 619-400-5822                           akohsweeney@omm.com
hartley@hartleyllp.com                            Chelsea E. Espiritu, Bar No. 346296
lindner@hartleyllp.com                            cespiritu@omm.com
                                                  Two Embarcadero Center
                                                  28th Floor
**STUEVE SIEGEL HANSON LLP**                      San Francisco, California  94111-3823
George A. Hanson (admitted *pro hac vice*)        Telephone: (415) 984 8700
Alexander T. Ricke (admitted *pro hac vice*)      Facsimile: (415) 984 8701
Caleb J. Wagner (admitted *pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112                       *Attorneys for Defendant*
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

*Attorneys for Plaintiff*

## MODIFIED [~~PROPOSED~~] ORDER

For good cause shown, and pursuant to the Parties' Stipulation, the Court grants the Unopposed Motion for Extension of Time and to Amend the Class Certification Briefing Schedule as set forth herein. Plaintiff's reply is due May 29, 2025. The Court will hold a hearing on the motion for class certification on June 18, 2025 at 1:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  May 21, 2025

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND
[~~PROPOSED~~] ORDER
Case No:  5:23-cv-04999-PCP