**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ELLE NGUYEN individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. 5:23-cv-04999-PCP<br><br>MODIFIED<br>**STIPULATION AND [PROPOSED]<br>ORDER TO VACATE ALL CASE<br>DEADLINES AND STAY PROCEEDINGS** |

**STIPULATION**

WHEREAS, on January 14, 2025, the Court entered the Case Management Order currently operative in this case. (Dkt. 39). It provided for, *inter alia*, a deadline of August 1, 2025 for the close of fact and expert discovery, a deadline to file dispositive motions by August 15, 2025, and set a pretrial conference for January 6, 2026 and trial for January 26, 2026;

WHEREAS, the Parties completed briefing on Plaintiff's Motion for Class Certification on May 29, 2025 (*see* Dkt. 43, 48, 53) and the Court held a hearing on Plaintiff's Motion for Class Certification on June 18, 2025 (Dkt. 59);

WHEREAS, on July 3, 2025, the Court issued an order denying Plaintiff's motion for class certification without prejudice to the filing of a subsequent motion for class certification by a different class representative (Dkt. 65) (the "Order");

WHEREAS, counsel for Plaintiff have located additional individuals to serve as potential class representatives;

WHEREAS, the Parties agree that the current case deadlines, including but not limited to the deadlines to complete fact and expert discovery by August 1, 2025 and file dispositive motions by August 15, 2025, are no longer feasible in light of the Order and should be modified;

WHEREAS, the Parties are actively meeting and conferring regarding potential settlement, as well as the addition of new potential class representatives, and have agreed that a request to vacate all case deadlines and hold a further case management conference in sixty (60) days would allow the Parties to finalize their discussions and propose a new case schedule;

WHEREAS, the Parties' request is made in good faith and not for the purpose of causing undue delay;

WHEREAS, the Parties agree that good cause therefore exists to vacate all case deadlines and schedule a further case management conference in sixty (60) days as requested herein;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel, to the entry of an Order vacating all case deadlines and scheduling a further case management conference in sixty (60) days.

**IT IS SO STIPULATED.**

STIPULATION AND
[PROPOSED] ORDER
CASE NO. 5:23-CV-04999-PCP

Dated: July 14, 2025

**STUEVE SIEGEL HANSON LLP**

*/s/ George A. Hanson*
George A. Hanson (*pro hac vice*)
Alexander T. Ricke (*pro hac vice*)
Caleb J. Wagner (*pro hac vice*)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

**HARTLEY LLP**
Jason S. Hartley, Bar No. 192514
Jason M. Lindner, Bar No. 211451
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Attorneys for Plaintiff*

Respectfully submitted,

**O'MELVENY & MYERS LLP**

*/s/ Adam P. KohSweeney*
Adam P. KohSweeney, Bar No. 229983
akohsweeney@omm.com
Chelsea E. Espiritu, Bar No. 346296
cespiritu@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

*Attorneys for Defendant*

STIPULATION AND
[~~PROPOSED~~] ORDER
CASE NO. 5:23-CV-04999-PCP

**[~~PROPOSED~~] ORDER**

For good cause shown, and pursuant to the Parties' Stipulation, the Court grants the Parties' Joint Motion to Vacate All Case Deadlines and Stay Proceedings by 60 days as set forth herein. The Court schedules a further Case Management Conference in this matter for September 18, 2025 at 1:00pm. The parties shall file a joint status report no later than September 11, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  July 14, 2025

_____

The Honorable P. Casey Pitts
United States District Court Judge

STIPULATION AND
[~~PROPOSED~~] ORDER
CASE NO. 5:23-CV-04999-PCP

- 4 -