ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
CHELSEA E. ESPIRITU (S.B. # 346296)
cespiritu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

Attorneys for Defendant
Bank of America, N.A.

JASON S. HARTLEY (S.B. #192514)
hartley@hartleyllp.com
JASON M. LINDER (S. B. # 211451)
lindner@hartleyllp.com
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822

GEORGE A. HANSON
hanson@stuevesiegel.com
ALEXANDER T. RICKE
ricke@stuevesiegel.com
CALEB J. WAGNER
wagner@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELLE NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case Number: 5:23-cv-04999-PCP<br><br>**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**<br><br>**Case Management Conference**<br>Judge: Hon. P. Casey Pitts<br>Date: September 18, 2025<br>Time: 2:00 P.M.<br>Location: Zoom webinar |

Pursuant to Federal Rule of Civil Procedure 16, Civil Local Rules 16-9 and 16-10, and the Standing Order for All Judges of the Northern District of California, and in advance of the Case Management Conference set by the Court for September 18, 2025 (Dkt. 68), Plaintiff Elle Nguyen ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") (collectively "the Parties") submit the following Joint Case Management Statement.  Pursuant to Local Rule 16-10(d), the

Parties have limited this Statement, for the most part, to new developments since the Court's Order, dated July 14, 2025, (Dkt. 68) granting the Parties' stipulation to vacate all case deadlines and stay proceedings, (Dkt. 67).

**1.      BACKGROUND**

Plaintiff filed a motion for class certification under Federal Rule of Civil Procedure 23 on April 10, 2025 (Dkt. 43), Bank of America filed its opposition thereto on May 9, 2025 (Dkt. 48), Plaintiff filed her Reply on May 29, 2025 (Dkt. 53), and the Court held a hearing on Plaintiff's Motion for Class Certification on June 18, 2025 (Dkt. 59).  On July 3, 2025, the Court issued an order denying Plaintiff's motion for class certification without prejudice to the filing of a subsequent motion for class certification by a different class representative (Dkt. 65) (the "Order"). In light of the Court's Order, the Parties' filed a Stipulation on July 14, 2025 requesting that the current case deadlines be vacated in order to allow the Parties to discuss potential settlement, the addition of new potential class representatives, and propose a new case schedule (Dkt. 67), which the Court granted on July 14, 2025 (Dkt. 68).

**2.      AMENDMENT OF PLEADINGS**

Plaintiff intends to amend her pleadings to include additional class representatives. The Parties propose a deadline of October 30, 2025 for Plaintiff to file an amended Complaint naming new class representatives.

**3.      SETTLEMENT AND ADR**

The Parties have been meeting and conferring regarding potential settlement. On June 25, 2025, counsel for Plaintiff requested additional data for settlement purposes, which Bank of America produced on July 16, 2025 and August 4, 2025 (BOA-NGUYEN-00003206 - BOA-NGUYEN-00003219).  Discussions are ongoing.

**4.      SCHEDULING**

The Parties propose the following case scheduling dates:

| Event | Proposed Deadline |
|---|---|
| Deadline to Amend Complaint Naming New Class Representatives | October 30, 2025 |

JOINT CASE MANAGEMENT
STATEMENT & PROPOSED ORDER
CASE NO. 5:23-cv-04999-PCP

| | |
|---|---|
| Deadline for Bank of America to Answer, Move, or Otherwise Respond to the Amended Complaint | November 24, 2025 |
| Deadline to Complete Discovery of New Class Representatives and Discovery of Defendant Related to Class Certification | January 3, 2026 |
| Deadline for Plaintiffs to File Renewed Motion for Class Certification | Motion by January 15, 2026<br><br>Opposition by February 13, 2026<br><br>Reply by February 27, 2026 |
| Hearing of Plaintiffs' Renewed Motion for Class Certification | To be set by Court |
| Fact Discovery Cutoff | April 30, 2026 |
| Expert Discovery Cutoff | April 30, 2026 |
| Last Day to File Dispositive Motions | May 29, 2026 |
| Hearing of Dispositive Motions | To be set by Court |
| Pretrial Conference | 60 days after a decision on dispositive motions |
| Trial | 120 days after a decision on dispositive motions |

The proposed discovery dates are intended as deadlines only, and not an acknowledgment of the propriety of additional discovery, with respect to which both parties reserve all rights and potential arguments.

**5.      OTHER MATTERS**

The Parties have no other issues requiring the Court's attention.

Dated: September 11, 2025                          Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**                      **O'MELVENY & MYERS LLP**

/s/ George A. Hanson
George A. Hanson (admitted *pro hac vice*)        /s/ Adam P. KohSweeney
Alexander T. Ricke (admitted *pro hac vice*)      Adam P. KohSweeney, Bar No. 229983
Caleb J. Wagner (admitted *pro hac vice*)         akohsweeney@omm.com
460 Nichols Road, Suite 200                       Chelsea E. Espiritu, Bar No. 346296
Kansas City, Missouri 64112                       cespiritu@omm.com
Telephone:     (816) 714-7100                     Two Embarcadero Center
Facsimile:     (816) 714-7101                     28th Floor
hanson@stuevesiegel.com                           San Francisco, California  94111-3823
ricke@stuevesiegel.com                            Telephone: (415) 984 8700
wagner@stuevesiegel.com                           Facsimile: (415) 984 8701

**HARTLEY LLP**                                   *Attorneys for Defendant*
Jason S. Hartley, Bar No. 192514
Jason M. Lindner, Bar No. 211451
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

*Attorneys for Plaintiff*

JOINT CASE MANAGEMENT
STATEMENT & PROPOSED ORDER
CASE NO. 5:23-cv-04999-PCP

**CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.  [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:

_____

The Honorable P. Casey Pitts
United States District Court Judge

JOINT CASE MANAGEMENT
STATEMENT & PROPOSED ORDER
CASE NO. 5:23-cv-04999-PCP