# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ELLE NGUYEN, ARDAVAN MOVASSAGHI, and ETIENNE BERNSTEIN, individually and on behalf of all others similarly situated,

                Plaintiffs,

       v.

BANK OF AMERICA, N.A.,

                Defendant.

Case No. 5:23-cv-04999-PCP

**NOTICE OF SETTLEMENT**

      Plaintiffs Elle Nguyen, Ardavan Movassaghi, and Etienne Bernstein ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") (collectively "the Parties") hereby advise the Court that they have reached an agreement in principle to settle the above-referenced action. The Parties have executed a binding term sheet and are in the process of documenting the agreement through a long form settlement stipulation. If approved, the settlement will resolve all claims asserted by Plaintiffs against Defendant.

      The Parties request that the Court stay the above-captioned case and take all dates off its calendar to allow the Parties to complete the necessary settlement documents and submit the appropriate documents to the Court. The Parties will further update the Court expeditiously regarding the implementation of the settlement and the timing of Plaintiffs' motion for preliminary approval.

Dated: March 4, 2026

**STUEVE SIEGEL HANSON LLP**

_/s/ George A. Hanson_

George A. Hanson (_pro hac vice_)
Alexander T. Ricke (_pro hac vice_)
Caleb J. Wagner (_pro hac vice_)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:      (816) 714-7100
Facsimile:      (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

**HARTLEY LLP**
Jason S. Hartley, Bar No. 192514
Jason M. Lindner, Bar No. 211451
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com

_Attorneys for Plaintiff_

Respectfully submitted,

**O'MELVENY & MYERS LLP**

_/s/ Adam P. KohSweeney_

Adam P. KohSweeney, Bar No. 229983
akohsweeney@omm.com
Chelsea E. Espiritu, Bar No. 346296
cespiritu@omm.com
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone: (415) 984 8700
Facsimile: (415) 984 8701

_Attorneys for Defendant_