ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
CHELSEA E. ESPIRITU (S.B. #346296)
cespiritu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
BANK OF AMERICA, N.A

JASON S. HARTLEY (S.B. #192514)
hartley@hartleyllp.com
JASON M. LINDER (S. B. # 211451)
lindner@hartleyllp.com
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822

GEORGE A. HANSON (*pro hac vice*)
hanson@stuevesiegel.com
ALEXANDER T. RICKE (*pro hac vice*)
ricke@stuevesiegel.com
CALEB J. WAGNER (*pro hac vice*)
wagner@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101

Attorneys for Plaintiffs
ELLE NGUYEN, ARDAVAN
MOVASSAGHI, and ETIENNE
BERNSTEIN, individually and on behalf of all
others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ELLE NGUYEN, ARDAVAN
MOVASSAGHI, and ETIENNE BERNSTEIN,
individually and on behalf of all others
similarly situated,

          Plaintiffs,

   v.

BANK OF AMERICA, N.A.,

          Defendant.

Case No. 5:23-cv-04999-PCP

**STATUS REPORT REGARDING SETTLEMENT**

Plaintiffs Elle Nguyen, Ardavan Movassaghi, and Etienne Bernstein ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") (collectively "the Parties") hereby provide the Court with a status report on the Parties' progress in reaching a settlement agreement in the above-referenced action, pursuant to the Court's March 4, 2026 Order, which stayed the action and vacated all scheduled hearings and deadlines (ECF No. 82).

The Parties executed a Memorandum of Understanding on March 2, 2026. The Parties are currently negotiating the long form settlement stipulation. In addition, Defendant is in the process of pulling the necessary data for, and drafting, the Class Action Fairness Act disclosure, and Plaintiffs are in the process of drafting a proposed Plan of Allocation for the distribution of the settlement fund.

The Parties plan to file the long form Settlement Stipulation, as well as Plaintiffs' Unopposed Motion for Preliminary Approval and related ancillary documents, no later than June 30, 2026.

Date: June 1, 2026

Respectfully submitted,

O'MELVENY & MYERS LLP

*/s/ Adam P. KohSweeney*
ADAM P. KOHSWEENEY
CHELSEA E. ESPIRITU

*Attorneys for Defendant,*
*Bank of America, N.A.*

Date: June 1, 2026

STUEVE SIEGEL HANSON LLP

*/s/ George A. Hanson*
GEORGE A. HANSON (*pro hac vice*)
ALEXANDER T. RICKE (*pro hac vice*)
CALEB J. WAGNER (*pro hac vice*)

*Attorneys for Plaintiffs*

STATUS REPORT RE: SETTLEMENT
CASE NO. 5:23-CV-04999-PCP

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: June 1, 2026                    */s/ Adam P. KohSweeney*
                                         Adam P. KohSweeney

STATUS REPORT RE: SETTLEMENT
CASE NO. 5:23-CV-04999-PCP