ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
CHELSEA E. ESPIRITU (S.B. #346296)
cespiritu@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

Attorneys for Defendant
BANK OF AMERICA, N.A

JASON S. HARTLEY (S.B. #192514)
hartley@hartleyllp.com
JASON M. LINDER (S. B. # 211451)
lindner@hartleyllp.com
HARTLEY LLP
101 West Broadway, Suite 820
San Diego, CA 92101
Telephone: 619-400-5822

GEORGE A. HANSON (*pro hac vice*)
hanson@stuevesiegel.com
ALEXANDER T. RICKE (*pro hac vice*)
ricke@stuevesiegel.com
CALEB J. WAGNER (*pro hac vice*)
wagner@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101

Attorneys for Plaintiffs
ELLE NGUYEN, ARDAVAN
MOVASSAGHI, and ETIENNE
BERNSTEIN, individually and on behalf of all
others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLE NGUYEN, ARDAVAN MOVASSAGHI, and ETIENNE BERNSTEIN, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>         Defendant. | Case No. 5:23-cv-04999-PCP<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

Plaintiffs Elle Nguyen, Ardavan Movassaghi, and Etienne Bernstein ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant") (collectively "the Parties") hereby provide the Court with a further status report on the Parties' settlement agreement in the above-referenced action, pursuant to the Court's March 4, 2026 Order, which stayed the action and vacated all scheduled hearings and deadlines (ECF No. 82). On June 1, 2026, the Parties filed a Status Report regarding Settlement informing the Court that they planned to file the long form Settlement Stipulation and related ancillary documents by today, June 30, 2026 (ECF No. 83).

Since the June 1 Status Report the Parties have agreed to a long form Settlement Stipulation, which is out for signatures. However, Plaintiffs are still working on the Plan of Allocation for the distribution of the settlement fund and Defendant is still gathering the necessary data for, and drafting, the Class Action Fairness Act disclosure. The Parties believe they will be able to finalize the aforementioned documents and file them with this Court by July 17, 2026.

Date: June 30, 2026                              Respectfully submitted,

                                                 O'MELVENY & MYERS LLP

                                                 */s/ Adam P. KohSweeney*
                                                 ADAM P. KOHSWEENEY
                                                 CHELSEA E. ESPIRITU

                                                 *Attorneys for Defendant,*
                                                 *Bank of America, N.A.*


Date: June 30, 2026                              STUEVE SIEGEL HANSON LLP

                                                 */s/ George A. Hanson*
                                                 GEORGE A. HANSON (*pro hac vice*)
                                                 ALEXANDER T. RICKE (*pro hac vice*)
                                                 CALEB J. WAGNER (*pro hac vice*)

                                                 *Attorneys for Plaintiffs*

STATUS REPORT RE: SETTLEMENT
                                                 CASE NO. 5:23-CV-04999-PCP

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: June 30, 2026                    */s/ Adam P. KohSweeney*
                                                    Adam P. KohSweeney

STATUS REPORT RE: SETTLEMENT
CASE NO. 5:23-CV-04999-PCP